IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Brenda Oneal, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Affirm, Inc. and Experian Information Solutions, Inc., § <br> § <br> Defendants. § | Case No: 1:24-cv-00198-MAC <br><br> **Notice of Settlement** |

Now comes the Plaintiff Brenda Oneal, by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Affirm, Inc., and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences because Plaintiff has settled the case in principle with all active parties.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that all terms of settlement have been consummated.

DATED: October 9, 2024

                                    **SANDERS LAW GROUP**

                                    By: */s Craig B. Sanders*
                                    Craig B. Sanders, Esq.
                                    333 Earle Ovington Boulevard, Suite 402
                                    Uniondale, New York 11553
                                    Email: csanders@sanderslaw.group
                                    Office: (516) 203-7600
                                    *Attorneys for Plaintiff*
                                    Our File No.: 129964