| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRENDA ONEAL, §
　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　§
*versus* § CIVIL ACTION 1:24-CV-198
　　　　　　　　　　　　　§
AFFIRM, INC., and EXPERIAN §
INFORMATION SOLUTIONS, INC., §
　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF CONDITIONAL DISMISSAL

The court having been advised by counsel for Plaintiff Brenda Oneal ("Plaintiff") that an amicable settlement has been reached between Plaintiff and Defendant Affirm, Inc. ("Affirm") and that final settlement papers would be forthcoming, it is

ORDERED that Plaintiff's claims against Affirm are dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions by or against Affirm are conditionally denied as moot pending final settlement papers. In the event Plaintiff's claims against Affirm are reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

　SIGNED at Beaumont, Texas, this 10th day of October, 2024.

　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE