| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| BRENDA ONEAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION 1:24-CV-198 |
| § | |
| AFFIRM, INC., and EXPERIAN § | |
| INFORMATION SOLUTIONS, INC., § | |
| § | |
| Defendants. § | |

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#17) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice, effective the date of the parties' voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 17th day of October, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE